# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT SWANSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-96-00362-001 SI<br>CR-09-650, CR-09-651, CR-09-652<br>BOP Case Number: DCAN396CR000362-001<br>USM Number:     22747-198<br>Defendant's Attorney : Geoffrey Hansen |

**THE DEFENDANT:**

[**x**]  admitted guilt to violation of condition(s) __ of the term of supervision.
[ ]  was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 and 2 in CR-96-362 SI | committed another federal, state or local crime and failure to reside in a community corrections center | 3/09, 4/09 and 1/09 |
| 1 and 2 in CR-09-650 SI | committed another federal, state or local crime and escape | |
| 1 in CR-09-0651 SI | committed another federal, state or local crime | |
| 1 in CR-09-0652 SI | committed another federal, state or local crime | |

   The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  2555 | September 25, 2009 |
| Defendant's Date of Birth:  1957 | Date of Imposition of Judgment |
| Defendant's USM No.:  22747-198 | _[signature]_ |
| | Signature of Judicial Officer |
| Defendant's Residence Address:<br>C/O United States Marshal | Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address: | 10/5/09<br>Date |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | ROBERT SWANSON | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-96-00362-001 SI | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 96 months.

A term of 24 months imprisonment is imposed as to CR-96-362, CR-09-650, CR-09-651, CR-09-652. These terms shall run concurrently as to each case for a total term of incarceration of 96 months. The terms imposed in these cases shall also run consecutive to the sentence imposed in CR-09-0475 SI

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal